UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
IN RE:                          *        CHAPTER 13
                                *        CASE NO. 25-11065
    REGINALDO SANTOS,           *
              DEBTOR            *
                                *
*********************************
```

# DEBTOR'S MOTION TO EXTEND TIME TO FILE

Now comes the Debtor, by his attorney, and moves as follows:

1. Debtor filed a Chapter 13 Petition on May 23, 2025.

2. The Petition was initially filed to stop a mortgage foreclosure action.

3. Debtor requires additional time to complete his petition and Chapter 13 Plan.

4. The Section 341 meeting is scheduled for July 2, 2025.

5. No creditors will be prejudiced by this extension.

WHEREFORE, the Debtor requests additional time to June 20, 2025 to complete his filing.

|  |  |
|---|---|
|  | REGINALDO SANTOS, Debtor |
|  | By his attorney: |
| Dated: June 6, 2025 | /s/Michael A. Dixon |
|  | Michael A. Dixon, Esquire |
|  | LAW OFFICES OF MICHAEL A. DIXON |
|  | 92 High Street, Suite Five |
|  | Medford, MA 02155 |
|  | (781) 391-7117 |
|  | B.B.O. #550696 |

# CERTIFICATE OF SERVICE

  I, Michael A. Dixon, certify that I have this day served a copy of the Motion to Extend by first class mail/electronic filing on:

    Chapter 13 Trustee:  Carolyn Bankowski, Esq.
               P. O. Box 8250
               Boston, MA 02114

    Creditors:      **AD Mortgage**
               c/o Korde & Associates, PC
               900 Chelmsford Street, Suite 3102
               Lowell, MA 01851

Dated: June 6, 2025             /s/Michael A. Dixon
                        Michael A. Dixon, Esquire