UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   REGINALDO SANTOS                        Chapter 13
                                                  Case No. 25-11065-JEB

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee (the "Trustee"), and files this Motion to Dismiss the above referenced case and as grounds therefor, states as follows:

( ) 1.  Debtor failed to appear at the §341 meeting of creditors.

( ) 2.  Debtor has failed to make the first plan payment as required by 11 U.S.C. §1326(a)(1).
( ) 3.  Debtor is over the debt limits as set forth in 11 U.S.C. §109(e).
(X) 4.  Debtor has failed to provide the following documents:
   ( ) INSURANCE BINDER                ( ) EVIDENCE OF PROPERTY VALUE
   (x) EVIDENCE OF CURRENT INCOME      ( ) RECORDED HOMESTEAD/DEED
   ( ) MOST RECENT TAX RETURN          ( ) 60 DAYS OF PAY ADVICES
   ( ) INDEPENDENT EVIDENCE OF SOCIAL SECURITY NUMBER
   (x) AMENDED SCHEDULES B AND STATEMENT OF FINANCIAL AFFAIRS TO DISCLOSE ALL
       BUSINESSES INCLUDING VALUE

(X) 5.  OTHER:  DEBTOR NOT ELIGIBLE TO BE IN CHAPTER 13 DUE TO NEGATIVE DISPOSABLE INCOME ON SCHEDULE J.

Notice is given that any responses/or objections to the motion are to be filed within twenty one (21) days of this date of service.  If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B)

WHEREFORE, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully Submitted,

By:  **/s/Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com                        Dated:07/02/2025

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing to the above referenced Debtor(s) ( ) by hand delivery or ( X) by first class mail, and to Debtor's counsel MICHAEL A. DIXON, ESQ.( ) by hand delivery, by ( ) first class mail or ( X) via electronic notice.


Dated: 07/02/2025                                   /s/ Carolyn A. Bankowski
                                                    Carolyn A. Bankowski
                                                    Patricia A. Remer