# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE<br>SANTOS, Reginaldo<br>Debtor(s) | Chapter 13<br>Case No. 25-11065-JEB |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtor commenced this case by filing a petition on May 23, 2025.
2. On July 2, 2025, the Trustee presided over a 341 meeting of creditors and examined the Debtor.
3. On June 30, 2025, the Debtor filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time.
4. Part 2 and a portion of Part 3 of the Plan is missing. Therefore, the Trustee is unable to determine the term of the Plan and the proposed plan payments.
5. The Plan is missing Part 4, the Priority section of the Plan. The Trustee cannot determine the amounts of priority claims and administrative claims that were listed. However, the sum of $130,220.00 is written in the Plan as the total of administrative expenses to be paid through the Plan.
6. Toyota Motor filed claim for a 2019 Subaru Outback but the Plan lists Hanscom FCU as the creditor for the 2019 Subaru Outback.
7. Exhibit 1, the calculation of Plan is incomplete. Lines i) and j) are not filled out. The Trustee is unable to determine the term of the Plan and the proposed plan payments.
8. According to Schedules I and J, the Debtor has negative disposable income in the sum of (-$13,638.45) which is insufficient to fund a plan.
9. The income listed on Schedule I for Eliane Santos is understated. The Debtor provided pay advices for Eliane Santos showing gross income that is higher than the amount listed on Schedule I.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: 7/9/25

    Respectfully submitted,

    By: /s/ Carolyn Bankowski
    Carolyn Bankowski, BBO#631056
    Patricia A. Remer, BBO#639594
    Standing Chapter 13 Trustee
    PO Box 8250
    Boston, MA  02114
    (617) 723-1313
    13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| IN RE | Chapter 13 |
| SANTOS, Reginaldo | Case No. 25-11065-JEB |
| Debtor(s) | |

## Certificate of Service

    The undersigned hereby certifies that on 7/9/25, a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtor and debtor's counsel at the addresses set forth below.

Reginaldo Santos
26 Bancroft Street
Lynnfield, MA 01940

Michael Dixon, Esquire
94 High Street, Ste. 5
Medford, MA 02155

                                              /s/ Carolyn Bankowski