# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Reginaldo Santos<br>*aka* Reginaldo Dos Santos,<br><br>      Debtor. | Chapter 13<br>Case No.: 25-11065 (JEB)<br><br>Re: Doc. 28 |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Now Comes, Toyota Motor Credit Corporation (together with its predecessors, successors, affiliates, principals, and assigns, "Creditor") a creditor and party in interest herein, and, by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan filed by Reginaldo Santos ("Debtor"). As grounds, Creditor states as follows:

1. Creditor is a Secured Creditor holding a Lien on Debtor's personal property described as: (1) 2019 SUBARU OUTBACK // VIN# 4S4BSAFC3K3257614 (the "Vehicle")

2. On June 29, 2025, Creditor filed its Proof of Claim (Claim 3-1).

3. On June 30, 2025, the Debtor filed his proposed Chapter 13 Plan, (the "Plan"), Doc.28.

4. As of the petition date, the amount of the secured claim is $8,949.83, with Arrears in the amount of $0.00.

5. Debtor's proposed Chapter 13 Plan list Hanscom F.C.U. as the Creditor for the Auto Loan for a 2019 Subaru Outback. Creditor should be listed as Toyota Motor Credit Corporation.

6. Creditor reserves the right to amend this Objection and/or further object to this Plan and/or further Amended Plan, unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

WHEREFORE, Creditor respectfully requests that this Honorable Court deny confirmation of Debtor's Chapter 13 Plan.

                                                  Toyota Motor Credit Corporation,
                                                  By its Attorneys,

Dated: July 11, 2025

                                                  <u>/s/ Brian M. Kiser</u>
                                                  Brian M. Kiser, Esq. BBO#673022
                                                  Marinosci Law Group, P.C.
                                                  275 West Natick Road, Suite 500
                                                  Warwick, RI 02861
                                                  Telephone: (401) 234-9200
                                                  bkiser@mlg-defaultlaw.com
                                                  bkinquiries@mlg-defaultlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Reginaldo Santos<br>*aka* Reginaldo Dos Santos,<br><br>      Debtor. | Chapter 13<br>Case No.: 25-11065 (JEB) |

## **CERTIFICATE OF SERVICE**

I, Brian M. Kiser, of Marinosci Law Group, P.C., do hereby certify that on July 11, 2025, I served a copy of the *Objection to Confirmation of Debtor's Chapter 13 Plan* on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 11th day of July, 2025.

                                                /s/ Brian M. Kiser
                                                Brian M. Kiser, Esq. BBO#673022
                                                Marinosci Law Group, P.C.
                                                275 West Natick Road, Suite 500
                                                Warwick, RI 02861
                                                Telephone: (401) 234-9200
                                                bkiser@mlg-defaultlaw.com
                                                bkinquiries@mlg-defaultlaw.com

**VIA ECF**

Michael A. Dixon, Esq. on behalf of the Debtor
Richard King- B, on behalf of the Assistant U.S. Trustee
Carolyn Bankowski, on behalf of the Trustee
Samantha J. Court, Esq., on behalf of Hanscom Federal Credit Union
Conner P Lang filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
Marcus Pratt with certificate of service filed by Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as the Trustee of ADMT 2023-NQM3

**VIA US MAIL**

Reginaldo Santos, 26 Bancroft Street, Lynnfield, MA 01940, *Debtor*