07/31/2025 Since the case has been dismissed, this Objection is moot.

*[signature: Janet E. Bostwick]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: SANTOS, Reginaldo            Chapter 13
                                                              Case No. 25-11065-JEB

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION**

       Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to the Debtor's claim of Homestead Exemption on Schedule C, and for reasons says as follows:

       1.      On June 2, 2025, the Trustee convened the §341 meeting of creditors at which the Debtor and Debtor's counsel were present.

       2.      According to Schedule C, the Debtor has elected the Massachusetts exemptions. However, the Debtor produced a copy of the deed demonstrating ownership of the property for less than 1215 days. Consequently, the Trustee asserts that the homestead is capped at $214,000.00 pursuant to 11 U.S.C.§522(p).

       WHEREFORE, the Trustee requests that the Court sustain the objection to Debtor's exemption and for such other relief as is proper.

Dated: 7/30/25                                Respectfully submitted,
                                                            Carolyn A. Bankowski
                                                            Standing Chapter 13 Trustee
                                                            By: /s/ Patricia A. Remer
                                                            Carolyn A. Bankowski, BBO#631056
                                                            Patricia A. Remer BBO 639594
                                                            Office of the Chapter 13 Trustee
                                                            P.O. Box 8250
                                                            Boston, MA 02114
                                                            (617) 723-1313
                                                            13trustee@ch13boston.com